**Opinion issued May 16, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-12-00657-CV

_____

**KENDRICK EDWARDS, Appellant**

**V.**

**JENNY ITAM, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-56770**

---

## MEMORANDUM OPINION

Appellant, Kendrick Edwards, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.